**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENHANCED US LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>WORLD AQUATICS f/k/a FÉDÉRATION INTERNATIONALE DE NATATION; USA SWIMMING INC.; and WORLD ANTI-DOPING AGENCY,<br><br>    *Defendants*. | Case No. 1:25-cv-07096<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that plaintiff Enhanced US LLC ("Enhanced"), by and through its undersigned counsel, Reed Smith LLP, hereby moves this Court at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

  1. Preliminarily enjoining defendants World Aquatics f/k/a Fédération Internationale de Natation ("World Aquatics"), USA Swimming Inc. ("USA Swimming"), and World Anti-Doping Agency ("WADA") (collectively, the "Defendants"), their agents, employees, successors, assigns, business entities and affiliates, and all others acting in concert, participation or privity with Defendants, from banning, excluding, barring, or deeming ineligible for participation in any athletic competitions, events or programs, or otherwise penalizing or taking retaliatory action against, any athlete, coach, physician, physiotherapist, or anyone else as a result of the their actual or suspected support for and/or participation in events or competitions organized by Enhanced;

  2. Preliminarily enjoining Defendants, their agents, employees, successors, assigns, business entities and affiliates, and all others acting in concert, participation or privity with Defendants, from issuing or making threats of penalties, retaliatory action and/or otherwise

deeming ineligible for participation in athletic competitions, events or programs anyone based on their actual or suspected association, support and/or participation in events or competitions organized by Enhanced;

3. Preliminarily enjoining World Aquatics, its agents, employees, successors, assigns, business entities and affiliates, including, but not limited to, its federation members, and all others acting in concert, participation or privity with World Aquatics from enforcing World Aquatics By-Law 10; and

4. Preliminarily enjoining Defendants, their agents, employees, successors, assigns, business entities and affiliates, and all others acting in concert, participation or privity with the Defendants from making any false, misleading, or unsubstantiated claims about Enhanced, the Enhanced Games and/or the athletes and other personnel who participate in events or competitions organized by Enhanced.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Enhanced submits a Memorandum of Law and the Declarations of Dr. Aron D'Souza dated August 28, 2025 ("D'Souza Decl."), Rick Adams dated August 29, 2025 ("Adams Decl."), Brett Hawke dated August 28, 2025 ("Hawke Decl."), Ivan Rojas dated August 29, 2025 ("Rojas Decl."), Andrii Govorov dated August 28, 2025 ("Govorov Decl."), Kristian Gkolomeev dated August 29, 2025 ("Gkolomeev Decl."), Dr. Dan Turner dated August 29, 2025 ("Turner Decl."), Nicole Kaplan dated August 29, 2025 ("Kaplan Decl."), and the expert declaration of Scott Rosner dated August 29, 2025 ("Rosner Decl."), each of which is being filed contemporaneously herewith.

Dated: September 2, 2025                                  **REED SMITH LLP**
New York, New York

                                                          /s/ Edward B. Schwartz
                                                          Edward B. Schwartz, Esq.
                                                          1301 K Street, N.W.

Suite 1000, East Tower
Washington, DC 20005-3317
Tel. +1 (202) 414-9200
Fax: +1 (202) 414-9299
eschwartz@reedsmith.com

Ian Turetsky, Esq.
Pamela Schoenberg, Esq.
599 Lexington Ave., 22nd Floor
New York, NY 10022
Tel. +1 (212) 521-5400
Fax: +1 (212) 521-5450
ituretsky@reedsmith.com
pschoenberg@reedsmith.com

Christopher R. Brennan, Esq.
(*pro hac vice forthcoming*)
Nicole Kaplan, Esq.
*(admitted pro hac vice)*
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA, 15222
Tel. +1 (412) 288-3131
Fax: +1 (412) 288-3063
cbrennan@reedsmith.com
nkaplan@reedsmith.com

*Attorneys for Enhanced US LLC*

TO:   World Aquatics f/k/a Fédération Internationale de Natation (*via email to counsel and overnight delivery*)

   USA Swimming Inc. (*via overnight delivery*)

   World Anti-Doping Agency (*via email to counsel and overnight delivery*)