UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                               :

ENHANCED US LLC,                                            :

                       Plaintiff,                          :

                                              :          25-CV-7096 (JMF)
            -v-                             :

                                              :                ORDER

WORLD AQUATICS, et al.,                          :

                     Defendants.                    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 2, 2025, Plaintiff filed a motion for a preliminary injunction, ECF No. 16, and a letter motion requesting that the Court authorize alternative methods of service upon Defendants World Aquatics f/k/a Fédération Internationale de Natation ("World Aquatics") and World Anti-Doping Agency ("WADA") (together, the "Foreign Defendants") and set an expedited briefing schedule for the preliminary injunction motion, ECF No. 28.

      Substantially for the reasons set forth in Plaintiff's letter motion, the Court GRANTS the request for alternative service on the Foreign Defendants pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure and Article 15 of the Hague Convention. Plaintiff shall, no later than **September 4, 2025**, serve copies of the summons, Complaint, all of its motion papers, and this Order (together, the "Papers") on (1) Foreign Defendants via international courier (with delivery confirmation) and, if available, email; and (2) on World Aquatics' counsel of record in the California Actions via email and overnight courier (with delivery confirmation). No later than **September 5, 2025**, at **noon**, Plaintiff shall file proof of such service on the docket.

      No later than **September 4, 2025**, Plaintiff shall serve copies of the Papers on domestic Defendant USA Swimming Inc. via overnight courier and, if available, email. (For avoidance of doubt, Plaintiff must still serve the summons and Complaint on USA Swimming Inc. in accordance with Rule 4 in the normal course.) No later than **September 5, 2025**, at **noon**, Plaintiff shall file proof of such service on the docket.

      Unless and until the Court orders otherwise, Defendants shall **jointly** file any opposition to the motion for a preliminary injunction no later than **September 15, 2025**, and Plaintiff shall file any reply by **September 22, 2025**. That said, the parties shall appear for a telephone conference with the Court on **September 9, 2025**, at **10:30 a.m.** to discuss that briefing schedule. The parties shall confer with respect to the following topic in advance of the conference:

      (1) The briefing schedule;

(2) Whether there is a need for discovery or an evidentiary hearing in connection with the motion for a preliminary injunction;

(3) Whether, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, trial on the merits should be advanced and consolidated with any preliminary injunction hearing;

(4) Settlement, including whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, immediately; within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(5) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases.**

The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

Dated: September 3, 2025
      New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge