UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENHANCED US LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>WORLD AQUATICS f/k/a FÉDÉRATION INTERNATIONALE DE NATATION; USA SWIMMING INC.; and WORLD ANTI-DOPING AGENCY,<br><br>   *Defendants.* | Case No. 25-cv-7096 (JMF) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant World Aquatics f/k/a Fédération Internationale de Natation ("World Aquatics"), discloses and certifies that it is a non-governmental Swiss non-profit organization with no parent corporation, domiciled in Lausanne, Switzerland. World Aquatics has not issued any stock that is held by any publicly held corporation or otherwise.

Dated: New York, New York
   September 9, 2025

                 /s/ *Arthur J. Burke*
                 Arthur J. Burke
                 DAVIS POLK & WARDWELL LLP
                 450 Lexington Avenue
                 New York, New York 10017
                 Telephone: (212) 450 4352
                 arthur.burke@davispolk.com

                 /s/ *Mari Grace*
                 Mari Grace
                 DAVIS POLK & WARDWELL LLP
                 1050 17th Street, NW
                 Washington, DC 20036
                 Telephone: (202) 962 7020
                 mari.grace@davispolk.com

                 *Attorneys for Defendant World Aquatics*