```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
ENHANCED US LLC,                                          :
                                                          :
                                                          :
                          Plaintiff,                      :
                                                          :         25-CV-7096 (JMF)
            -v-                                           :
                                                          :             ORDER
                                                          :
WORLD AQUATICS, et al.,                                   :
                                                          :
                          Defendants.                     :
                                                          :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall comply with the following briefing schedule:

    o No later than **September 26, 2025**, Defendants shall jointly file, supported by a single, consolidated memorandum of law, their opposition to Plaintiff's motion for preliminary injunction and anticipated cross-motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    o No later than **the same date,** Defendants World Aquatics and World Anti-Doping Agency shall jointly file any motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

    o No later than **October 10, 2025**, Plaintiff shall file, in the form of a single, consolidated memorandum of law, its reply and opposition to Defendants' cross-motion to dismiss pursuant to Rule 12(b)(6).

    o No later than the **same date,** Plaintiff shall file any opposition to Defendants' Rule 12(b)(2) motion.

    o No later than **October 17, 2025**, Defendants shall file their replies in support of both motions to dismiss.

    o Unless and until the Court orders otherwise, the default word limits set forth in the Local Rules shall apply to the parties' briefs.

- No later than **September 11, 2025,** Plaintiff shall serve its requests for limited jurisdictional discovery on Defendants World Aquatics and World Anti-Doping Agency. Defendants shall advise Plaintiff if they have any objections no later than

**September 16, 2025**, in which case the parties shall promptly confer in an effort to resolve any disagreements before seeking relief in accordance with the Court's Individual Rules and Practices for Civil Cases.

SO ORDERED.

Dated: September 9, 2025
      New York, New York

                                        JESSE M. FURMAN
                                United States District Judge