UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENHANCED US LLC,<br><br>   *Plaintiff,*<br>v.<br><br>WORLD AQUATICS f/k/a FÉDÉRATION INTERNATIONALE DE NATATION; USA SWIMMING INC.; and WORLD ANTI-DOPING AGENCY,<br><br>   *Defendants.* | Case No. 25-cv-7096 (JMF) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant World Anti-Doping Agency ("WADA") discloses and certifies that it is a Swiss private law not-for-profit Foundation with no parent corporation, headquartered in Montreal, Canada. WADA has not issued any stock that is held by any publicly held corporation or otherwise.

Dated: New York, New York
   September 10, 2025

                /s/ *Jonathan M. Sperling*
                Jonathan M. Sperling
                COVINGTON & BURLING LLP
                620 Eighth Avenue
                New York, NY 10018
                Telephone: (212)-841-1153
                jsperling@cov.com

                *Attorney for Defendant WADA*