UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
ENHANCED US LLC,                                          :
:
                                    Plaintiff,           :
:                        25-CV-7096 (JMF)
            -v-                                           :
:                            ORDER
:
WORLD AQUATICS, et al.,                                   :
:
                                    Defendants.           :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        By Opinion and Order dated November 17, 2025 Opinion and Order, ECF No. 100, the
Court granted Defendants' motion to dismiss the Complaint for failure to state a claim and
granted Plaintiff Enhanced US LLC ("Enhanced") leave to file an amended complaint to address
the defects in its claims.  The Opinion and Order directed Enhanced to file any amended
complaint within thirty days and stated that, if it failed to do so, the Court would enter judgment
in Defendants' favor.  To date, Enhanced has not filed any amended complaint.  Accordingly, the
Court hereby directs the Clerk of Court to enter judgment for Defendants consistent with its
November 17, 2025 Opinion and Order and close the case.

        SO ORDERED.

Dated:  December 18, 2025                    _____
        New York, New York                          JESSE M. FURMAN
                                                  United States District Judge