**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ENHANCED US LLC,

                        Plaintiff,

        -against-                                      25 **CIVIL** 7096 (JMF)

                                                    **JUDGMENT**
WORLD AQUATICS, et al.,

                       Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 17, 2025 and Order dated December 18, 2025, WADA's motion to dismiss for lack of personal jurisdiction is DENIED, and Defendants' motion to dismiss the Complaint for failure to state a claim is GRANTED. Enhanced's motion for a preliminary injunction is thus DENIED as moot. Judgment is entered for the Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        December 22, 2025

                                       **TAMMI M. HELLWIG**
                                       ——————————————
                                         **Clerk of Court**

                     **BY:** _____
                             **Deputy Clerk**